In the Matter of the Application of SOLOMON KEIZERSTEIN, G. REYNOLDS and Others, Appellants, for a Certiorari Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, and WILLIAM E. WALSH, Chairman, and Others, as Members Thereof, and Another, Respondents.—Order confirming determination of board of standards and appeals unanimously affirmed, with fifty dollars costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Petition of LONG ISLAND LIGHTING COMPANY, Appellant, to Acquire an Easement and Right of Way for the Public Use, on, in, over, through and across Land Located in Elwood, Town of Huntington, County of Suffolk, New York, Owned by FRANK O. JOHNSON and ANNA G. JOHNSON, etc., Respondents.— Order granting motion to set aside report of commissioners reversed, without costs, upon condition that the parties stipulate within ten days that the sum to be awarded for the taking and for consequential damages shall be $3,500, in which event a final order will be directed to be entered upon the stipulation for that amount directing that said compensation shall be paid to the owners of the property; otherwise, order setting aside the report modified by providing therein that the proceeding continue before new commissioners to be appointed by the court, and as so modified unanimously affirmed, with costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

MOHAMMED MAYAM, Appellant, v. ELLERMAN LINE, LTD., and HALL LINE, LTD., Respondents.— Order dismissing complaint for failure to prosecute and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

MIDWOOD TRUST COMPANY, Respondent, v. THE BANK OF AMERICA, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.